CRAIG NEWBY (NV #8591)
LAURA JACOBSEN (NV #13699)
McDONALD CARANO LP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
cnewby@mcdonaldcarano.com
ljacobsen@mcdonaldcarano.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FURNITURE ROYAL, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCHNADIG INTERNATIONAL CORP., d/b/a CARACOLE, a North Carolina Corporation, WAYFAIR, INC., a Delaware Corporation d/b/a WAYFAIR and PERIGOLD,<br><br>Defendants. | Case No: 2:18-CV-00318-JCM-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Local Rules IA 6-1 and 6-2, Plaintiff FURNITURE ROYAL, INC., a Nevada Corporation ("Plaintiff"), and Defendant SCHNADIG INTERNATIONAL CORP., d/b/a CARACOLE, a North Carolina Corporation, ("Schnadig") hereby stipulate and agree that the time for Schnadig to respond to Plaintiff's Complaint (ECF No. 4) shall be extend ten (10) days up to and including **April 27, 2018**. Schnadig's response is currently due April 17, 2018. Schnadig requested this extension to which Plaintiff courteously agreed in light of the complexity of the antitrust claims raised in Plaintiff's Complaint. This is

\\\

\\\

the parties' first request for an extension of Schnadig's time to respond to the Complaint.

Dated: April 13, 2018.                                  Dated: April 13, 2018.

CHATTAH LAW GROUP                              MCDONALD CARANO LLP

By: */s/ Sigal Chattah*                                By:*/s/ Craig A. Newby*
    Sigal Chattah, Esq.                                Craig Newby
    5875 S. Rainbow Blvd., #204                        Laura Jacobsen
    Las Vegas, NV 89101                                2300 West Sahara Ave., Suite 1200
                                                       Las Vegas, NV 89102

*Attorneys for Plaintiff*
*Furniture Royal, Inc.*                                *Attorneys for Defendant*
                                                   *Schnadig International Corp.*

**ORDER**

IT IS SO ORDERED.

_____
HONORABLE CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

DATED: April 19, 2018