MORGAN, LEWIS & BOCKIUS LLP
C. Erik Hawes
Bar No. 7739
erik.hawes@morganlewis.com
1000 Louisiana Street, 42nd Floor
Houston, TX 42001
Tel:     +1.713.890.5000
Fax:    +1. 713.890.5001

Joshua M. Dalton, *pro hac vice pending*
josh.dalton@morganlewis.com
One Federal Street
Boston, MA  02110-1726
Tel:     +1.617.341.7700
Fax:    +1.617.341.7701

Attorneys for Defendant
WAYFAIR INC.

Robert R. Warns III, Esq.
Nevada Bar No. 12123
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: rwarns@rsnvlaw.com
*As Counsel Designated For Service of Papers Pursuant to LR IA 11-1(b)(2)(ii)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FURNITURE ROYAL, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCHNADIG INTERNATIONAL CORP. d/b/a CARACOLE, a North Carolina Corporation,<br><br>WAYFAIR, INC. a Delaware Corporation d/b/a WAYFAIR and PERIGOLD,<br><br>Defendants. | Case No. 2:18-cv-00318-JCM-CWH<br><br>**WAYFAIR, INC'S MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(6)**<br><br>**(ORAL ARGUMENT REQUESTED)** |

DB3/ 201966121

Plaintiff Furniture Royal, Inc. ("Furniture Royal") brings its complaint against Defendants Schnadig International Corp. d/b/a Caracole ("Schnadig") and Wayfair, Inc. ("Wayfair"). Furniture Royal alleges federal antitrust violations and intertwined state law causes of action, seeking damages exceeding $1,000,000, but as set forth in Defendant Schnadig's Motion to Dismiss, filed in this Court on April 27, 2018, ECF No. 9, Furniture Royal's claims are implausible under applicable standards and should be dismissed.

In sum, though Plaintiff styles its complaint as containing allegations against Wayfair of Price Fixing, Conspiracy, violation of Section 1 of the Sherman Act, violation of the Robinson-Patman Act, violation of Nevada Unfair Trade Practices Act, and Intentional Interference with Prospective Economic/Business Advantage, Plaintiff fails to articulate required elements for its antitrust claims, or for the state court claims included.

Because its allegations are insufficient to maintain federal antitrust claims and the related state-based claims as a matter of law, Furniture Royal's complaint should be dismissed pursuant to the plausibility standard originally set forth in *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007).

Rather than burden this court with duplicative briefing, and in the interests of judicial economy, Wayfair relies on the brief filed by Schnadig on April 27, 2018, ECF No. 9, in support of its Motion to Dismiss.   That brief is incorporated herein by reference.

Dated: April 30, 2018

MORGAN, LEWIS & BOCKIUS LLP

By /s/ C. Erik Hawes
    C. Erik Hawes
    Attorney for Defendant
    WAYFAIR, INC.

DB3/ 201966121

**CERTIFICATE OF SERVICE**

I certify that on April 30, 2018, I electronically transmitted the foregoing Notice of Appearance to the Office of the Clerk of the United States District Court for the District of Nevada using the Court's CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record in this matter; all counsel being registered to receive Electronic Filing.

Dated: April 30, 2018

MORGAN, LEWIS & BOCKIUS LLP

By /s/ C. Erik Hawes
C. Erik Hawes
Attorney for Defendant
WAYFAIR, INC.

DB3/ 201966121