**SAO**
SIGAL CHATTAH, ESQ.
NV Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd. #204
Las Vegas, Nevada 89101
(702) 360-6200
(702) 643-6292
Chattahlaw@gmail.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FURNITURE ROYAL, INC., a Nevada Corporation, | CASE NO.: 2:18-cv-00318 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS** |
| vs. | |
| SCHNADIG INTERNATIONAL CORP. d/b/a CARACOLE, a North Carolina Corporation, WAYFAIR, INC. a Delaware Corporation d/b/a WAYFAIR and PERIGOLD, | **(First Request)** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Local Rules IA 6-1 and 6-2, Plaintiff FURNITURE ROYAL INC., a Nevada Corporation ("Plaintiff"), and Defendant SCHNADIG INTERNATIONAL CORP., d/b/a CARACOLE, a North Carolina Corporation, ("Schnadig") hereby stipulate and agree that the time for Plaintiff to respond to Defendant Schnadig's Motion to Dismiss shall be extended ten (10) days up to and including **May 21, 2018**.

Defendant Schnadig's Motion to Dismiss was filed on April 27, 2018.

Plaintiff's response is currently due May 11, 2018. Plaintiff's requested this extension to which Defendant Schnadig courteously agreed in light of the complexity of the antitrust claims. No hearing date has been assigned for oral arguments.

This is the party's first request for an extension of Schnadig's time to respond to the Motion to Dismiss.

| | |
|---|---|
| Dated: May 2, 2018 | Dated: May 2, 2018 |
| MCDONALD CARANO LLP | CHATTAH LAW GROUP |
| _____/s/_____ | _____/s/_____ |
| Craig Newby, Esq | Sigal Chattah, Esq. |
| Laura Jacobsen, Esq. | 5875 S. Rainbow Blvd., #204 |
| 2300 West Sahara Ave., Suite 1200 | Las Vegas, NV 89118 |
| Las Vegas, NV 89101 | *Attorney for Plaintiff* |
| *Attorneys for Defendant* | *Furniture Royal, Inc.* |
| *Schnadig International Corp.* | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 3, 2018