CRAIG NEWBY (NV #8591)
LAURA JACOBSEN (NV #13699)
McDONALD CARANO LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
cnewby@mcdonaldcarano.com
ljacobsen@mcdonaldcarano.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FURNITURE ROYAL, INC., a Nevada Corporation,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>SCHNADIG INTERNATIONAL CORP., d/b/a CARACOLE, a North Carolina Corporation, WAYFAIR, INC., a Delaware Corporation d/b/a WAYFAIR and PERIGOLD,<br><br>　　　　　　Defendants. | Case No: 2:18-CV-00318-JCM-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO AMEND COMPLAINT (ECF No. 37)**<br><br>**(First Request)** |

　　　　Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Local Rules IA 6-1 and 6-2, Plaintiff FURNITURE ROYAL, INC., a Nevada Corporation ("Plaintiff"), and Defendant SCHNADIG INTERNATIONAL CORP., d/b/a CARACOLE, a North Carolina Corporation, ("Schnadig") hereby stipulate and agree that the time for Schnadig to respond to Plaintiff's Motion to Amend Complaint (ECF No. 37) shall be extended tend (10) days up to and including **May 3, 2019**. Schnadig's response is currently due April 23, 2019. Schnadig requested this extension to which Plaintiff courteously agreed in light of the complexity of the antitrust claims raised in Plaintiff's Motion to Amend Complaint and attached Proposed Amended Complaint, and due to

undersigned counsel's participation in a short trial set for April 19, 2019. This is the parties' first request for an extension of Schnadig's time to respond to the Motion to Amend Complaint.

Dated: April 15, 2019.                    Dated: April 15, 2019.

CHATTAH LAW GROUP                         MCDONALD CARANO LLP

By: */s/ Sigal Chattah*                   By: */s/ Laura Jacobsen*
    Sigal Chattah, Esq.                      Craig Newby
    5875 S. Rainbow Blvd., #204              Laura Jacobsen
    Las Vegas, NV 89101                      2300 West Sahara Ave., Suite 1200
                                             Las Vegas, NV 89102

*Attorneys for Plaintiff*
*Furniture Royal, Inc.*

                                         *Attorneys for Defendant*
                                         *Schnadig International Corp.*

**ORDER**

IT IS SO ORDERED.

_____
HONORABLE CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

DATED: April 19, 2019