**SAO**
SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd #204
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax:(702) 643-6292
Attorney for Plaintiff/Counterdefendant
*Furniture Royal, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FURNITURE ROYAL, INC., a Nevada Corporation, | CASE NO.: 2:18-cv-00318 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT (ECF No. 40) |
| vs. | |
| SCHNADIG INTERNATIONAL CORP. d/b/a CARACOLE , a North Carolina Corporation, WAYFAIR, INC. a Delaware Corporation d/b/a WAYFAIR and PERIGOLD, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Local Rules IA 6-1 and 6-2, Plaintiff FURNITURE ROYAL, INC., a Nevada Corporation ("Plaintiff"), and Defendant SCHNADIG INTERNATIONAL CORP., d/b/a CARACOLE, a North Carolina Corporation, ("Schnadig") hereby stipulate and agree that the time for Furniture Royal, Inc. to respond to Schnadig's Response to Plaintiff's Motion to Amend Complaint (ECF No. 40) shall be extended ten (10) days up to and including **May 20, 2019**. Furniture Royal's response is currently due May 10, 2019. Plaintiff requested this extension to which Defendant courteously agreed in light of the complexity of the antitrust claims raised in Plaintiff's Motion to Amend Complaint and

attached Proposed Amended Complaint. This is the parties' first request for an extension of Furniture Royal's time to reply to the Response to the Motion to Amend Complaint.

Dated: May 6, 2019.                    Dated: May 6, 2019.

CHATTAH LAW GROUP                      MCDONALD CARANO LLP

By: _____/s/_____            By/ _____/s_/_____
    Sigal Chattah, Esq.                    Craig Newby
    5875 S. Rainbow Blvd., #204            Laura Jacobsen
    Las Vegas, NV 89101                    2300 West Sahara Ave., Suite 1200
                                           Las Vegas, NV 89102
*Attorneys for Plaintiff*
*Furniture Royal, Inc.*                *Attorneys for Defendant*
                                       *Schnadig International Corp.*

## **ORDER**

IT IS SO ORDERED.

_____
HONORABLE CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

DATED: ___May 8_____, 2019

# **CERTIFICATE OF SERVICE**

I hereby Certify that on the __7th day of May, 2019 I caused the foregoing Stipulation and Order to be electronically served as follows:

ljacobsen@mcdonaldcarano.com

cnewby@mcdonaldcarano.com

_____
An Agent of Chattah Law Group