CRAIG NEWBY (NV #8591)
LAURA JACOBSEN (NV #13699)
McDONALD CARANO LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
cnewby@mcdonaldcarano.com
ljacobsen@mcdonaldcarano.com

*Attorneys for Defendant*
*Schnadig International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FURNITURE ROYAL, INC., a Nevada Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>SCHNADIG INTERNATIONAL CORP., d/b/a CARACOLE, a North Carolina Corporation, WAYFAIR, INC., a Delaware Corporation d/b/a WAYFAIR and PERIGOLD,<br><br>        Defendants. | Case No: 2:18-CV-00318-JCM-CWH<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE** |

        PLEASE TAKE NOTICE of Craig Newby's disassociation as counsel of record in this case. McDonald Carano LLP and Laura R. Jacobsen, Esq. remain counsel of record for Defendants Schnadig International Corp., d/b/a Caracole, a North Carolina Corporation.

///

///

///

///

///

///

1

Please also let this serve as a request for Craig Newby to be removed from the Court's electronic notices for this case.

Dated: May 9, 2019.

MCDONALD CARANO LLP

By: */s/ Laura Jacobsen*
Craig Newby
Laura Jacobsen
2300 West Sahara Ave., Suite 1200
Las Vegas, NV 89102

*Attorneys for Defendant
Schnadig International Corp.*

IT IS SO ORDERED.

DATED: May 14, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on the 9th day of May, 2019, a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

                                                */s/ Elizabeth Helms*
                                                An Employee of McDonald Carano LLP