# EXHIBIT 1

Schnadig Credit Application

# EXHIBIT 1

Schnadig Credit Application

Mar 23 10 04:54p        Furniture Royal                           702 220 4700            p.1



**SCHNADIG**
INTERNATIONAL CORPORATION

**CREDIT APPLICATION**
4200 Tudor Lane
Greensboro, NC 27410
Phone: 1-800-468-8730, Fax: 1-800-848-8930

**COMPANY INFORMATION**
- Company Name: FURNITURE ROYAL, INC
- Billing Address: 2000 S. RAINBOW
- City: LAS VEGAS
- State: NV
- Zip: 89146
- Phone (ext): 702-253-0600
- Fax: 702-220-4700
- AP Contact: MARINA
- # Years in Business: 1
- # Employees: 7
- Incorporated in State of: NV
- Type of Business: Select One — FURNITURE STORE / INTERIOR DESIGN
- Officers/Partners: Name: ELENA RIAZANOVA    Title: PRES.

**BANK REFERENCE**
- Name of Bank: Wells Fargo
- Address: 2501 S. RAINBOW, Las Vegas, NV 89146
- Phone: 702-252-4327
- Acct Officer: Nicholas BRUELS
- Acct Number: ████3333

Please submit a copy of your most recent Balance Sheet and Income Statement so that we may assign a credit line to suit your needs. All information received will remain in strict confidence.

Schnadig Corporation's terms are NET 30 DAYS from invoice date. Please contact our corporate office at (336) 889-5200 should you have any questions about your invoices.

We agree to pay all open account invoices with the NET 30 DAY standard terms. We also agree to pay collection fees applicable if our account becomes delinquent.

SIGNATURE OF OFFICER                                     DATE: 03/23/10

LYON CREDIT # ████0664

**TRADE REFERENCES**
- Company Name: AICO
- Address: 8786 REX Rd.
- City: Pico Rivera
- State: CA
- Zip: 90660
- Phone (ext): 562-222-2500
- Contact: Angela
- Acct#: ████9900

- Company Name: MAITLAND-SMITH Furniture Brand
- Address: 1925 EASTCHESTER DR.
- City: HIGH POINT
- State: NC
- Zip: 27265
- Phone (ext): 336-812-2400
- Acct#: ████1907

- Company Name: GMAC-FACTOR
- Address: 300 N. GREENE ST #800
- City: Greensboro
- State: NC
- Zip: 27401
- Phone (ext): 336-638-6930
- Contact: DAVID Marshall V.P.
- Acct#: 

SCHNADIG003256
MAR-24-2010 08:25A FROM:FILLOY    (951) 603-3402    TO: 18008488930    P.4/4