# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| FURNITURE ROYAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SCHNADIG INTERNATIONAL CORP., et al., <br><br> Defendants. | Case No. 2:18-cv-00318-JCM-DJA <br><br> **ORDER** |

Presently before the Court is Plaintiff Counsel's Motion to Withdraw (ECF No. 71), filed on March 27, 2020.

Pursuant to Local Rule ("LR") IA 11-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." See LR IA 11-6(b). Having reviewed the motion, the Court finds that requirements of LR IA 11-6(b) have been met. Sigal Chattah indicates that Plaintiff has failed to meet its obligations to the firm and ceased all communication necessitating the withdrawal. The Court will require that Plaintiff Furniture Royal, Inc. advise the Court if it will retain new counsel by April 30, 2020 as it must retain new counsel if it intends to continue to litigate this matter. *See United States v. High Country Broad.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam); *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney."). Filing a notice of new counsel on or before April 30, 2020 is sufficient to comply with the Court's order. Failure to respond may result in a recommendation to the United States District Judge assigned to this case that dispositive sanctions be issued against Plaintiff Furniture Royal, Inc., including dismissal of this action.

IT IS THEREFORE ORDERED that Plaintiff Counsel's Motion to Withdraw (ECF No. 71) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff Furniture Royal, Inc. shall have until **April 30, 2020** to advise the Court if it will retain new counsel. Failure to notify the Court as to its new representation may subject it to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff Furniture Royal, Inc. to the civil docket and send a copy of this Order to Plaintiff Furniture Royal, Inc.'s last known address:

Furniture Royal, Inc.

2000 S. Rainbow Blvd.

Las Vegas, NV 89146

702-220-4700

1furnitureroyal@gmail.com

DATED: March 31, 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE