Lisa Wiltshire Alstead (NSBN 10470)
Laura Jacobsen (NSBN 13699)
MCDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
lalstead@mcdonaldcarano.com
ljacobsen@mcdonaldcarano.com

*Attorneys for Defendant/Counterclaimant
Schnadig International Corp.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FURNITURE ROYAL, INC., a Nevada Corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>SCHNADIG INTERNATIONAL CORP., d/b/a CARACOLE, a North Carolina Corporation,<br><br>          Defendant.<br>_____<br>SCHNADIG INTERNATIONAL CORP., d/b/a CARACOLE, a North Carolina Corporation,<br><br>          Counterclaimant,<br><br>vs.<br><br>FURNITURE ROYAL, INC., a Nevada Corporation,<br><br>          Counterdefendant. | CASE NO.:  2:18-cv-00318-JCM-DJA<br><br>**AMENDED JUDGMENT IN CIVIL CASE** |

Previously, on August 14, 2020, the Court entered its Judgment in Civil Case, entering judgment in favor of Defendant-Counterclaimant Schnadig International Corporation's ("Schnadig") on its counterclaim for breach of contract against Plaintiff-Counterdefendant Furniture Royal, Inc. ("Furniture Royal") in the principal amount of $37,710.25, with pre-judgment in the amount of $7,898.06, and post-judgment accruing at the statutory rate until paid.

(ECF No. 75).  In addition, the Court entered judgment in favor of Schnadig on Furniture Royal's remaining claims for fraudulent misrepresentation and breach of contract, and dismissed Schnadig's remaining claims against Furniture Royal for unjust enrichment and breach of the covenant of good faith and fair dealing.  (*Id.*).

On November 2, 2020, the Court granted Schnadig's motion for attorney's fees (ECF No. 76), awarding Schnadig its attorney's fees in the amount of $83,375.50.  (ECF No. 77).

**IT IS THEREFORE ORDERED AND ADJUDGED AS FOLLOWS:**

1. Judgment has been entered in favor of Schnadig in the principal amount of $37,710.25, together with attorney's fees in the amount of $83,375.50, with post-judgment interest accruing on the total amount of $121,085.75 at the statutory rate pursuant to NRS 17.130 until paid;

2. Schnadig is entitled to pre-judgment interest at the statutory rate pursuant to NRS 99.040 in the amount of $7,898.06;

3. Judgment is entered in favor of Schnadig on Furniture Royal's claims for fraudulent misrepresentation and breach of contract; and

4. Schnadig's remaining claims for unjust enrichment and breach of the covenant of good faith and fair dealing are dismissed.

**IT IS SO ORDERED.**

DATED: November 18, 2020.

_____
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully submitted by:

McDONALD CARANO LLP

*/s/ Laura R. Jacobsen*
Lisa Wiltshire Alstead (NSBN 10470)
Laura R. Jacobsen (NSBN 13699)
100 W. Liberty St, 10th Floor
Reno, NV 89501
(775) 788-2000