Lisa Wiltshire Alstead (NSBN 10470)
Laura Jacobsen (NSBN 13699)
MCDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
lalstead@mcdonaldcarano.com
ljacobsen@mcdonaldcarano.com

*Attorneys for Defendant/Counterclaimant
Schnadig International Corp.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FURNITURE ROYAL, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCHNADIG INTERNATIONAL CORP., d/b/a CARACOLE, a North Carolina Corporation,<br><br>Defendant.<br><br>SCHNADIG INTERNATIONAL CORP., d/b/a CARACOLE, a North Carolina Corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>FURNITURE ROYAL, INC., a Nevada Corporation,<br><br>Counterdefendant. | CASE NO.: 2:18-cv-00318-JCM-DJA<br><br>**NOTICE OF ENTRY OF AMENDED JUDGMENT** |

PLEASE TAKE NOTICE that on November 18, 2020, the above-entitled Court entered its Amended Judgment in Civil Case.

///

///

1   A copy of the Order is attached hereto as Exhibit 1.

2   Respectfully submitted this 8th day of January, 2021.

McDONALD CARANO LLP

By: */s/ Laura R. Jacobsen*
Lisa Wiltshire Alstead (#10470)
Laura R. Jacobsen (#13699)
100 W. Liberty St., 10th Floor
Reno, NV 89501
lalstead@mcdonaldcarano.com
ljacobsen@mcdonaldcarano.com

*Attorneys for Defendant/Counterclaimant Schnadig International Corp.*

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I hereby certify that I am an employee of McDONALD CARANO LLP and that on January 8, 2021, I certify that I was caused to be delivered in the United States mail, enclosed in a sealed envelope, upon which first class postage was placed, a true copy of **NOTICE OF ENTRY OF AMENDED JUDGMENT IN CIVIL CASE** addressed to the following individual at his last known address as follows:

Furniture Royal, Inc.
2000 S. Rainbow Blvd.
Las Vegas, NV  89146

/s/ *Pamela Miller*
An Employee of McDonald Carano LLP